**Original**

FILED
CLERK, U.S. DISTRICT COURT
10/17/25
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_MRV\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 2:25-cr-00851-CV |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 111(a)(1), (b): Assault on Federal Officer Resulting in Bodily Injury] |
| JESSICA ELIZABETH TRAPP, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. §§ 111(a)(1), (b)]

On or about September 25, 2025, in Los Angeles County, within the Central District of California, defendant JESSICA ELIZABETH TRAPP intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim J.B., an employee of the Department of Homeland Security Federal Protective Service, and in doing so made

//

//

physical contact with J.B., while J.B. was engaged in, and on account of, the performance of J.B.'s official duties, resulting in the infliction of bodily injury.

A TRUE BILL

/s/
_____
Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

*[signature] FOR*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

YERVANT P. HAGOPIAN
Special Assistant United States Attorney
Major Frauds Section