# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF, | 2:25-cr-00851-CV |
| v. | |
| JESSICA ELIZABETH TRAPP, | **WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT** *(Rule 10, FRCrP)* |
| DEFENDANT. | |

I, JESSICA ELIZABETH TRAPP, hereby waive (give up) my right to be present in person in open court for arraignment. I affirm that I have received a copy of the ☑ indictment ☐ information. I plead not guilty to the charges contained in the ☑ indictment ☐ information.

10/20/2025
Dated

_[signature]_
Defendant

I have translated this Waiver to the defendant in the _____ Language.

_____
Dated

_____
Interpreter (if required)

10/20/2025
Dated

_[signature]_
Counsel for the Defendant

CR-16 (01/09)    **WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT**
(Rule 10, FRCrP)