BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JUN NAM (Cal. Bar No. 335290)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2435
    E-mail:   Jun.Nam@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-CR-00851-CV |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| JESSICA ELIZABETH TRAPP, | |
| Defendant. | **CURRENT TRIAL DATE:** 12/9/25 |
| | **PROPOSED TRIAL DATE:** 2/17/26 |
| | **CURRENT PRETRIAL CONFERENCE DATE:** 11/21/25 |
| | **PROPOSED PRETRIAL CONFERENCE DATE:** 1/30/26 |

    Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Jun Nam, and defendant Jessica Elizabeth Trapp ("defendant"), both individually and by and through her counsel of record, Gabriela Rivera, stipulate as follows:

1. The Indictment in this case was filed on October 17, 2025. Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on September 29, 2025. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before December 26, 2025.

2. On October 24, 2025, the Court set a trial date of December 9, 2025, and a pretrial conference date of November 21, 2025.

3. Defendant is released on bond pending trial. The parties estimate that the trial in this matter will last approximately 2-3 days.

4. By this stipulation, defendant moves to continue the trial date to February 17, 2026, and the pretrial conference date to January 30, 2026. This is the first request for a continuance.

5. Defendant requests the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

   a. Defendant is charged with a violation of 18 U.S.C. § 111(a)(1), (b): Assault on a Federal Officer Resulting in Bodily Injury. The government has produced over one hundred pages of discovery to the defense, which includes law enforcement reports, surveillance footage, and an audio recording.

   b. Defense counsel is presently scheduled to be in trial as set forth in Exhibit A. Accordingly, counsel represents that she will not have the time that she believes is necessary to prepare to try this case on the current trial date.

   c. In light of the foregoing, counsel for defendant also represents that additional time is necessary to confer with defendant, conduct and complete an independent investigation of the

case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur.  Defense counsel represents that failure to grant the continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d. Defendant believes that failure to grant the continuance will deny her continuity of counsel and adequate representation.

   e. The government does not object to the continuance.

   f. The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

  6. For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of December 9, 2025, to February 17, 2026, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny

1  defendant continuity of counsel and would deny defense counsel the
2  reasonable time necessary for effective preparation, taking into
3  account the exercise of due diligence.
4      7.   Nothing in this stipulation shall preclude a finding that
5  other provisions of the Speedy Trial Act dictate that additional time
6  periods be excluded from the period within which trial must commence.
7  Moreover, the same provisions and/or other provisions of the Speedy
8  Trial Act may in the future authorize the exclusion of additional
9  time periods from the period within which trial must commence.
10     IT IS SO STIPULATED.
11   ///
12   ///
13   ///

| | |
|---|---|
| Dated: November 15, 2025 | Respectfully submitted,<br><br>BILAL A. ESSAYLI<br>First Assistant United States Attorney<br><br>ALEXANDER B. SCHWAB<br>Assistant United States Attorney<br>Acting Chief, Criminal Division<br><br>         /s/<br>_____<br>JUN NAM<br>Assistant United States Attorney<br><br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

1  I am JESSICA ELIZABETH TRAPP's attorney.  I have carefully
2 discussed every part of this stipulation and the continuance of the
3 trial date with my client. I have fully informed my client of her
4 Speedy Trial rights.  To my knowledge, my client understands those
5 rights and agrees to waive them.  I believe that my client's decision
6 to give up the right to be brought to trial earlier than February 17,
7 2026, is an informed and voluntary one.

_____   11/16/2025
GABRIELA RIVERA                      Date
Attorney for Defendant
JESSICA ELIZABETH TRAPP

    I have read this stipulation and have carefully discussed it
with my attorney.  I understand my Speedy Trial rights.  I
voluntarily agree to the continuance of the trial date, and give up
my right to be brought to trial earlier than February 17, 2026.  I
understand that I will be ordered to appear in Courtroom 10B of the
Federal Courthouse, 350 W. 1st Street, Los Angeles, California on
February 17, 2026 at 9:00 a.m.

_____   11/16/2025
JESSICA ELIZABETH TRAPP              Date
Defendant