# EXHIBIT A
# DECLARATION OF GABRIELA RIVERA

I, Gabriela Rivera, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court. This office is appointed to represent Jessica Trapp in the above-referenced case.

2. Below is a list of defense counsel's current trial conflicts. Defense counsel represents that in addition to the reasons set forth below, additional time is necessary so that the defense may request supplemental discovery and conduct its own independent investigation of the alleged offense. For these reasons and others, the defense requests a continuance of the current trial date to April 21, 2026.

3. With respect to the cases listed below, all cases listed below are in the Central District of California. The age of the case is reflected in the case number, which, at the beginning of the case number, first lists a case year (*e.g.*, 25) that reflects when the case was indicted. The name of the district judge presiding over the matter is reflected in the initials at the end of the case number (*e.g.*, SVW). For the majority of the cases listed below, it is difficult to make representations as to trial readiness or the likelihood of trial proceeding on scheduled date as the defense is continuously evaluating the evidence, preparing for trial, and determining whether additional time is needed to prepare or conduct additional independent investigation. Unless indicated below, none of the cases are considered "complex" as defined by the Local Rules, and it is difficult to assess whether any particular case can be considered "complex" in the colloquial sense given that some cases that appear to be straightforward involve more complicated or technical issues or expert witnesses. While all of the following cases are significant to me and to my clients, some charges carry significant potential sentencing exposure; where that is the case, I have noted it below. Where a case involves multiple defendants, defense counsel has noted that.

a. *United States v. Randy Paul Ruiz*, 2:25-cr-00680-SVW, a multi-defendant obstruction during civil disorder trial which was set for 01/06/2026, continued to 01/13/2025, and was recently vacated. Continuances granted: 2 continuances totaling less than three months, one of which was recently granted due to a family emergency affecting a member of the defense team's ability to participate in trial in early December. Trial readiness: The defense is preparing for trial and has filed and litigated pretrial motions. The defense is also continuously evaluating the evidence, preparing for trial, and determining whether additional time is needed to prepare or conduct additional independent investigation. Estimated likelihood future continuance will be requested: not likely. Likelihood trial will proceed on current date: it is currently not known when this trial will proceed, but it is possible that the court will set it for trial soon. Client is not detained.

b. *United States v. Karon Scott*, 2:25-CR-00120-FLA, a robbery trial set for 02/24/2026, which is estimated to last 3-4 days. Continuances granted: 3 total, 1 continuance of just over 30 days since I began representing Mr. Scott. Trial readiness: The defense requested additional time to prepare the case for trial if it does not resolve without a trial, and recently received a continuance from January 27 to February 24. Estimated likelihood future continuance will be requested: unlikely, and the court has indicated it will not grant additional continuances. Likelihood trial will proceed on current date: if the case does not resolve pretrial, it is expected that it will take place on the current date. Client is not detained.

c. *United States v. Milton Urguieta-Guerrero*, 8:25-cr-00234-DOC, an unlawful reentry trial set for 03/10/2026, which is estimated to last 2-3 days. Continuances granted: 1. Trial readiness: The defense is preparing for trial while also continuously evaluating the evidence and determining whether additional time is needed to prepare or conduct additional independent investigation. Estimated likelihood future continuance will be requested: Unlikely given client's detention. Likelihood trial will proceed on current date: if the case does not resolve pretrial, it is expected that it will

take place on the current date. Client is detained.

    d. *United States v. Michael Hoskinds*, 2:25-cr-00190-CV, a possession with intent to distribute fentanyl resulting in death trial set for 02/10/2026, which is estimated to last 3-4 days. Continuances granted: 1. Trial readiness: The defense has recently determined that additional time is needed to seek supplemental discovery and conduct an independent investigation. Estimated likelihood future continuance will be requested: at this point, I believe that I will request that the Court grant an additional continuance. Likelihood trial will proceed on current date: I believe that additional time is necessary, but I need to discuss the matter with my client and have had difficulty doing so given that he is detained at the Metropolitan Detention Center. Client is detained.

    e. *United States v. Melvin Lovester Riley*, 2:25-cr-00380-MEMF, a multi-defendant robbery trial set for 04/06/2026, which is estimated to last 3-4 days. Continuances granted: 2 (once over the defense's objection). Trial readiness: The defense is preparing for trial and has filed pretrial motions and motions in limine. The defense is also continuously evaluating the evidence, preparing for trial, and determining whether additional time is needed to prepare or conduct additional independent investigation. Estimated likelihood future continuance will be requested: at this point, I do not anticipate requesting additional continuances. Likelihood trial will proceed on current date: at this point, I believe that if the case does not resolve pretrial, it is expected that it will take place on the current date. Client is not detained.

    f. *United States v. Nathan Wilson*, 2:20-cr-00516-FMO, a multi-defendant arson trial set for 04/07/2026, which is expected to last 2-3 days. Continuances granted: 1 since remand from the Ninth Circuit. Trial readiness: The defense anticipates filing various dispositive motions in this case which was recently remanded from the Ninth Circuit. The defense is evaluating the evidence, preparing for trial, and determining whether additional time is needed to prepare or conduct additional independent investigation. Estimated likelihood future continuance will be requested:

unknown at this time as the defense continues to investigate motions. Likelihood trial will proceed on current date: unknown at this time. Client is not detained.

   g. *United States v. Demetrion Carson*, 2:24-cr-00562-HDV, a robbery trial set for 04/14/2026, which is expected to last 3-4 days. Continuances granted: 2. Trial readiness: The parties were previously engaged in discussing whether the case might resolve pretrial but were not able to reach a resolution. The defense is evaluating the evidence, preparing for trial, and determining whether additional time is needed to prepare or conduct additional independent investigation. Estimated likelihood future continuance will be requested: unknown at this time. Likelihood trial will proceed on current date: unknown at this time. Client is detained.

   h. *United States v. Jeremy Mark Singh*, 2:25-cr-00290-MWC, a "felon" in possession of ammunition trial set for 04/27/2026, which is expected to last 2-3 days. Continuances granted: 1. Trial readiness: The defense is preparing for trial while also evaluating the evidence and determining whether additional time is needed to prepare for trial or conduct additional independent investigation. Estimated likelihood future continuance will be requested: unlikely. Likelihood trial will proceed on current date: at this point, I believe that if the case does not resolve pretrial, it is expected that it will take place on the current date. Client is detained.

   i. *United States v. Kenneth Carter*, 2:23-cr-00561-SB; a conspiracy to commit wire fraud trial set for 04/28/2026, which is expected to last 2-3 days. Continuances granted: 1. Trial readiness: The defense is evaluating the evidence, preparing for trial, and determining whether additional time is needed to prepare or conduct additional independent investigation. Estimated likelihood future continuance will be requested: unknown at this time, and the parties have recently discussed whether the matter might be resolved pretrial. Likelihood trial will proceed on current date: unknown at this time. Client is not detained.

   j. *United States v. George Chain Santollo*, 2:24-cr-00319-JLS, a "felon" in possession of ammunition re-trial set for 05/12/2026, which is estimated to

last 2-3 days. Continuances granted for re-trial: 1. Trial readiness: The defense will continue evaluating the evidence, preparing for trial, and determining whether additional time is needed to prepare or conduct additional independent investigation. Estimated likelihood future continuance will be requested: unlikely. Likelihood trial will proceed on current date: at this point, I believe that if the case does not resolve pretrial, it is expected that it will take place on the current date. Client is not detained.

      k.    *United States v. Ernesto Echeverria*, 2:23-cr-00236-ODW, a multi-defendant distribution of methamphetamine trial set for 07/21/2026, which is expected to last 4-6 days. Continuances granted since undersigned counsel joined the case: 3. Trial readiness: The defense is evaluating the evidence, preparing for trial, and determining whether additional time is needed to prepare or conduct additional independent investigation. Estimated likelihood future continuance will be requested: unknown at this time, and the parties have recently discussed whether the matter might be resolved pretrial. Likelihood trial will proceed on current date: unknown at this time. The parties have filed and are litigating pretrial motions and motions in limine. Client is detained.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on January 20, 2026, at Los Angeles, California.

      */s/ Gabriela Rivera*
      GABRIELA RIVERA