UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JESSICA ELIZABETH TRAPP,<br><br>　　　　Defendant. | No. 2:25-CR-00851-CV<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**TRIAL DATE**: 04-21-26<br><br>**FPTC DATE**: 04-03-26 |

　　　On January 20, 2026, the parties filed a Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act. Doc. # 22 ("Stipulation"). The Court has read and considered the Stipulation, which is incorporated by reference into this Order. The Court finds the Stipulation demonstrates facts that support a continuance of the trial date in this matter and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

　　　The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance

would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from February 17, 2026, to April 21, 2026. The pretrial conference is set for April 3, 2026.

2. The time period of February 17, 2026, to April 21, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendant shall appear in Courtroom 10B of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on April 21, 2026, at 9:00 a.m.

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

5. The Court expects that trial will proceed on the date agreed-to by the parties. The parties will be required to file a noticed motion and appear in Courtroom 10B for a hearing on any further continuance request. Such a motion must be supported by a

declaration from defense counsel explaining what unforeseen and unavoidable events occurred after the issuance of this order that justify another continuance.

IT IS SO ORDERED.

\_\_\_\_1/21/26_____      *Cynthia Valenzuela*
DATE                                             HON. CYNTHIA VALENZUELA
                                                 UNITED STATES DISTRICT JUDGE