**UNITED STATES v. JESSICA TRAPP**

**Case No. 2:25-CR-000851-CV**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1 | Roybal Surveillance Video of Assault, Sept. 25, 2025 | Daniel Dick | | | |
| 2 | Roybal Surveillance Video of Arrest, Sept. 25, 2025 | Alexandro Gutierrez | | | |
| 3 | Roybal Surveillance Video Still Photos, September 25, 2025 | Jerry Barraza | | | |
| 4 | Photograph of Roybal Federal Building | Alexandro Gutierrez | | | |
| 5 | Photographs of Roybal Federal Building, 5th Floor | Alexandro Gutierrez | | | |
| 6 | Photographs of Roybal Federal Building, 1st Floor | Alexandro Gutierrez | | | |
| 7 | Photograph of Victim Officer's Injury | Jerry Barraza | | | |

1

2

**<u>UNITED STATES v. JESSICA TRAPP</u>**

**Case No. 2:25-CR-000851-CV**

**GOVERNMENT'S EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | Witness Establishing Foundation | Objections and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 8 | Photograph of Defendant's Boots | Andrew Urbaez | | | |
| 9 | Audio Recording of Post-Arrest Interview | Andrew Urbaez | | | |

2