TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JUN NAM (Cal. Bar No. 335290)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2435
    E-mail:     jun.nam@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>           v.<br><br>JESSICA TRAPP,<br><br>      Defendant. | No. 2:25-CR-00851-CV<br><br>JOINT PROPOSED VERDICT FORM<br><br>Trial Date: April 21, 2026<br>Trial Time: 9:00 a.m.<br>Location:    Courtroom of the<br>                 Hon. Cynthia<br>                 Valenzuela |

     Plaintiff United States of America, by and through its counsel

of record, the First Assistant United States Attorney for the Central

District of California and Assistant United States Attorney Jun Nam,

//

//

submit this Joint Proposed Verdict Form.

On March 26, 2026, the government shared the joint proposed verdict form with defense counsel.  As of the time of this filing, the government has not heard back with respect to the joint proposed verdict form.  To the extent that the defense has any proposed changes to the joint proposed verdict form, the parties will file an amended joint proposed verdict form.

Dated: March 27, 2026                    Respectfully submitted,

                                         TODD BLANCHE
                                         Deputy Attorney General

                                         BILAL A. ESSAYLI
                                         First Assistant United States
                                         Attorney

                                         ALEXANDER SCHWAB
                                         Assistant United States Attorney
                                         Acting Chief, Criminal Division


                                             /s/
                                         _____
                                         JUN NAM
                                         Assistant United States Attorney

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>         v.<br><br>JESSICA TRAPP,<br><br>      Defendant. | No. 2:25-CR-00851-CV<br><br>V E R D I C T |

## **VERDICT**

We, the Jury in the above-captioned case, unanimously find the defendant JESSICA TRAPP (*check one*):

_____ NOT GUILTY

_____ GUILTY

of the offense of assaulting a federal officer in violation of 18 U.S.C. § 111(a)(1), (b), as charged in the Indictment.

DATED: April ___, 2026 in Los Angeles, California

_____

FOREPERSON OF THE JURY

2