TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JUN NAM (Cal. Bar No. 335290)
Assistant United States Attorney
General Crimes Section
        1200 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-2435
        Email:      jun.nam@usdoj.gov


Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00851-CV |
|---|---|
| Plaintiff, | JOINT STATEMENT OF THE CASE |
| v. | Trial Date:   April 21, 2026 |
| | Trial Time:   9:00 a.m. |
| JESSICA TRAPP, | Location:   Courtroom of the Honorable Cynthia Valenzuela |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Jun Nam and defendant JESSICA TRAPP, by and through her counsel of record, Gabriela Rivera and Jimmy Threatt, hereby submit their

//

//

//

//

//

Joint Statement of the Case in the above-captioned case.

 Dated: 4/10/2026                        Respectfully submitted,

                                         TODD BLANCHE
                                         Acting Attorney General

                                         BILAL A. ESSAYLI
                                         First Assistant United States
                                         Attorney

                                         ALEXANDER B. SCHWAB
                                         Assistant United States Attorney
                                         Acting Chief, Criminal Division


                                         _____/s/_____
                                         JUN NAM
                                         Assistant United States Attorney

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA


Dated: 4/10/2026                         ___/s/_____
                                         GABRIELA RIVERA
                                         JIMMY THREATT
                                         Attorneys for DEFENDANT
                                         JESSICA TRAPP


* Pursuant to Local Rule 5-4.3.4, the filer attests that all signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2

**JOINT STATEMENT OF THE CASE**

The indictment charges defendant JESSICA TRAPP with assault on a federal officer on September 25, 2025, at the Edward R. Roybal Federal Building in Los Angeles, in violation of 18 U.S.C. §§ 111(a)(1), (b).

The defendant has entered a plea of not guilty.