TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JUN NAM (Cal. Bar No. 335290)
FRANCES S. LEWIS (Cal. Bar No. 291055)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2435
    E-mail:    jun.nam@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-CR-00851-CV |
|---|---|
| Plaintiff, | JOINT SUPPLEMENTAL AMENDED JURY INSTRUCTION NO. 27 |
| v. | |
| JESSICA TRAPP, | Trial Date: April 21, 2026<br>Trial Time: 9:00 a.m.<br>Location:    Courtroom of the Hon. |
| Defendant. | Cynthia Valenzuela |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Jun Nam and Frances S. Lewis, and defendant JESSICA TRAPP, by and through her counsel of record, Deputy Federal Public Defenders Gabriela Rivera and James Threatt, hereby submit a joint amended jury instruction to the substantive count in this case.

The government preserves its objection to the self-defense instruction being used in this case; however, the government agrees that this is the appropriate language to use given the Court's

1

ruling.

The defendant preserves its objection to the use of a special-verdict form or a lesser-included offense instruction; however, the defendant agrees that this is the appropriate language to use should the Court overrule her objection.

Dated: April 20, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division


*/s/ Frances S. Lewis*
FRANCES S. LEWIS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


Dated: April 20, 2026

/s/ James Threatt (w/ email auth.)
JAMES THREATT
Deputy Federal Public Defender

Attorney for Defendant JESSICA TRAPP

2

COURT'S INSTRUCTION NO. _____

REVISED JOINT PROPOSED INSTRUCTION NO. 27

The defendant is charged in the indictment with assault on a federal officer in violation of Section 111 of Title 18 of the United States Code.  For the defendant to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, the defendant forcibly assaulted FPS Inspector J.B.

Second, the defendant did so while Inspector J.B. was engaged in, or on account of his official duties; and

Third, the defendant made physical contact.

Fourth, the defendant did not act in self-defense.

There is a forcible assault when one person intentionally strikes another, or willfully attempts to inflict injury on another, or intentionally threatens another coupled with an apparent ability to inflict injury on another which causes a reasonable apprehension of immediate bodily harm.

However, a forcible assault does not require an intent to cause a bodily injury.

If you find the government has proven the four elements above, you are then to determine whether the government proved beyond a reasonable doubt that the defendant inflicted bodily injury.

Ninth Circuit Model Criminal Jury Instructions, No. 6.19 (2022 ed.) [Assault on Federal Officer Which Inflicts Bodily Injury] (modified to include comment); United States v. Garcia-Camacho, 122 F.3d 1265, 1269 (9th Cir. 1997);  Ninth Circuit Model Criminal Jury Instructions, No. 12.2 (modified to fit 18 U.S.C. § 111) (2022 ed.)