TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
JUN NAM (Cal. Bar No. 335290)
FRANCES S. LEWIS (Cal. Bar No. 291055)
Assistant United States Attorney
General Crimes Section
        1200 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-2435
        E-mail:    jun.nam@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-CR-00851-CV |
|---|---|
| Plaintiff, | GOVERNMENT'S PROPOSED LIMITING INSTRUCTION (DISPUTED INSTRUCTION NO. 5) |
| v. | |
| JESSICA TRAPP, | Trial Date: April 21, 2026 |
| Defendant. | Trial Time: 9:00 a.m. Location:   Courtroom of the Hon. Cynthia Valenzuela |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys

//

//

1

Jun Nam and Frances S. Lewis, hereby submit the government's proposed Limiting Jury Instruction (Disputed Instruction No. 5). The government's brief in support of this jury instruction was filed separately at Docket Entry No. 61.

Defense counsel has received this proposed instruction and is still reviewing and discussing with their client.

Dated: April 20, 2026                Respectfully submitted,

                                     TODD BLANCHE
                                     Acting Attorney General

                                     BILAL A. ESSAYLI
                                     First Assistant United States
                                     Attorney

                                     ALEXANDER B. SCHWAB
                                     Assistant United States Attorney
                                     Acting Chief, Criminal Division


                                     _____/s/ Frances S. Lewis_____
                                     FRANCES S. LEWIS
                                     Assistant United States Attorney

                                     Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA

COURT'S INSTRUCTION NO. _____

DISPUTED INSTRUCTION NO. 5

GOVERNMENT'S PROPOSED INSTRUCTION

You heard evidence that federal law prohibits recording in any public area of a courthouse. I instruct you that this evidence is admitted only for the limited purpose of evaluating the reasonableness of the officers' actions that day and, therefore, you must consider it only for that limited purpose and not for any other purpose.

You are here only to determine whether the defendant is guilty or not guilty of the charge in the indictment.  The defendant is not on trial for any conduct or offense not charged in the indictment.

Source: Ninth Circuit Model Criminal Jury Instructions, No. 2.12 (2022 ed.) [Evidence for Limited Purpose] and No. 6.10 [Activities Not Charged].

1